IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD 1231-13





 KODIGO ODELUGO, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIRST COURT OF APPEALS


HARRIS COUNTY


 



 Per curiam. Keasler and Hervey, JJ., dissent. 


ORDER


 The petition for discretionary review violates Texas Rule of Appellate Procedure
9.4.(i)(3) because it does not contain a certificate of compliance. See also Texas Rule of
Appellate Procedure 9.4(i)(2)(D). 

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the Court of Criminal Appeals of Texas within thirty (30) days after the date of this order.


Filed: January 15, 2014

Do Not Publish.